# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

**ORLANDO GATEWAY PARTNERS**         Bankr. Case No. 6:15-bk-3448-KSJ
       Adv. Case No.: 6:15-ap-00084-KSJ

**Debtor.**
_____/

**NCT SYSTEMS, INC.; NILOY and
ROHAN, LLC & CHITTRANJAN K. THAKKAR ,**

       **Appellants,**

v.        Case No. 6:16-cv-1452-GAP

**GOOD GATEWAY, LLC,**

       **Appellee.**

_____/

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm or partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly–traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

     a. Clay M. Townsend, Esq.
        Morgan & Morgan, PA,
        20 North Orange Avenue,
        Orlando, Florida 32801 [ECF #57]
        on behalf of defendant Good Gateway, LLC & 3rd party plaintiff
        on behalf of SEG Gateway, LLC

b.  Keith R. Mitnik, Esq.
    Morgan & Morgan
    POB 4979
    20 N. Orange Avenue
    Suite 1600
    Orlando, Florida 32802 [ECF #60]
    on behalf of defendant Good Gateway, LLC

c.  R. Scott Shuker, Esq.
    Mariane L. Doris, Esq.
    Latham Shuker Eden & Beaudine LLP
    POB 3353
    Orlando, Florida 32802 [ECF #62]
    on behalf of defendant Good Gateway, LLC

d.  Jon E. Kane, Esq.
    Mateer & Harbert, PA
    225 E. Robinson Street, #600
    Orlando, Florida 32801 [ECF #67]
    on behalf of defendant, Good Gateway, LLC & SEG Gateway, LLC

e.  John A. Moffa, Esq.
    Moffa & Breuer, PLLC
    1776 N Pine Island Rd. #102
    Plantation, Florida 33322 [ECF #101]
    on behalf Niloy, Inc. d/b/a DCT Systems, Niloy & Rohan, LLC, NCT Systems, Inc. and Chittranjan Thakkar

f.  Gregory D. Snell, Esq.
    Foley & Lardner, LLP
    111 N. Orange Avenue, #1800
    Orlando, Florida 32801 [ECF #104]
    on behalf of interested parties Niloy, Inc. d/b/a DCT Systems, Niloy & Rohan, LLC, NCT Systems, Inc. and Chittranjan Thakkar

g.  Kenneth D. Herron, Jr., Esq.
    Herron Hill Law Group, PLLC
    135 W. Central Blvd., Suite 650
    Orlando, Florida 32801 [ECF #206]
    on behalf of interested party Kenneth D. Herron
    representing Orlando Gateway Partners, LLC

h.  Esther A. McKean, Esq.
    Jules S. Cohen, Esq.
    Samual A. Miller, Esq.

       Akerman Senterfitt
       POB 231
       Orlando, Florida 32802 [ECF #263]
       on behalf of Emerson C. Noble, Trustee

  i.  Emerson C. Noble
      POB 622798
      Oviedo, Florida 32762-2798
      Chapter 7 trustee for Orlando Gateway Partners, LLC

  j.  Orlando Gateway Partners, LLC
      Emerson C. Noble
      POB 622798
      Oviedo, Florida 32762-2798
      Debtor in chapter 7 bankruptcy case

  k.  Nilhan Hospitality, LLC
      Emerson C. Noble
      POB 622798
      Oviedo, Florida 32762-2798
      Debtor in chapter 7 bankruptcy case

  l.  Nilhan Financial, LLC
      c/o John A. Moffa, Esq.
      Moffa & Breuer, PLLC
      1776 N Pine Island Rd #102
      Plantation, Florida 33322

  m.  SEG Gateway, LLC
      c/o Mariane L. Dorris
      R. Scott Shuker, Esq.
      Latham Skuker Eden & Beaudine, LLP
      POB 3353
      Orlando, FL 32802-3353
      Defendant

  n.  Karen S. Jennemann
      United States Bankruptcy Court Judge

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  a.  There is NO publically traded stock, equity or debt.

**3.** The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. Orlando Gateway Partners, LLC
       Nilhan Hospitality, LLC
       c/o 5875 Peachtree Industrial Blvd., Suite 340
       Norcross, Georgia 30092

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: None

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: August 30, 2016

Moffa & Breuer, PLLC
Attorneys for Chittranjan Thakkar,
NCT Systems, Inc. and Niloy & Rohan, LLC
1776 North Pine Island Road #102
Plantation, Florida 33322
Telephone   954-634-4733
Email:  John@Moffa.Law
FAX:  954-337-0637

By: /s/ John A. Moffa
     John A. Moffa
     FBN 0932760